IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ALBERT E. PASCHAL,**
    Plaintiff,

vs.                                                4:05cv348/MP/MD

**MONICA DAVID, et al.,**
    Defendants.

_____

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. On January 13, 2006 plaintiff filed a motion to dismiss this civil rights action (doc. 8). Plaintiff requests that such dismissal be without prejudice. Pursuant to FED.R.CIV.P. 41(a)(1), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's motion to dismiss (doc. 8) be GRANTED and this case be DISMISSED WITHOUT PREJUDICE.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 26th day of January, 2006.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).