IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ALBERT E PASCHAL,

      Plaintiff,

v.                                   CASE NO. 4:05-cv-00348-MP-MD

WILLIAM L CAMPER,
MONICA DAVID,
FREDRICK B DUNPHY,
ANABEL P MITCHELL,
TENA M PATE,

      Defendants.

_____/

## O R D E R

       This matter is before the Court on Doc. 9, Report and Recommendation of the Magistrate

Judge, recommending that the plaintiff's motion (doc. 8) to voluntarily dismiss his complaint

without prejudice be granted.  Objections to Report and Recommendation were due by February

23, 2006, but none were filed.   Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

    1.     The Report and Recommendation of the Magistrate Judge is adopted and
         incorporated herein.

    2.     The motion to dismiss (doc. 8) is GRANTED, this action is DISMISSED without
         prejudice, and the clerk is directed to close the file.

      **DONE AND ORDERED** this  *21st*  day of April, 2006


                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge